UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-01405-ODW (AGRx) | Date | May 11, 2021 |
|---|---|---|---|
| Title | *Daniel Draney v. Westco Chemicals, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement (ECF No. 57), indicating that the case has settled in its entirety, this action is placed on inactive status.

The pending Motion to Certify Class (ECF No. 48) and Motion for Summary Judgment (ECF No. 49) are hereby **DENIED** as moot.

By **May 28, 2021**, Plaintiffs shall file a properly noticed motion for approval of the class action settlement agreement.  Failure to comply with this Order may result in dismissal of the action for lack of prosecution.

All other dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |