UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-01405-ODW(AGRx) | Date | May 9, 2022 |
|---|---|---|---|
| Title | Daniel Draney v. Westco Chemicals, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Court |
|---|---|

| Sheila English-zoom | Katie Thibodeaux-zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael C McKay-zoom | Joe Faucher-zoom |

**Proceedings:** MOTION Certify Class and Preliminarily Approve Settlement [66]

Case called, zoom appearances made. The Court provided the parties suggestions regarding the types of modifications the parties would need to make to the settlement before the Court will approve it. These modifications included (1) providing an opt-out mechanism for putative class members in both the settlement itself and the class notice; (2) exploring modifications to the settlement such that the attorneys' fee portion would be separate from the agreed-upon settlement and later opposed by motion; and (3) adding "may" section 14 of the Class Notice so that a class member does not automatically lose the right to appear at the hearing by failing to timely submit written objections. The Court encouraged counsel to discuss these modifications and to contact Magistrate Judge Rosenberg for mediation assistance. **The Court continued the hearing on the Motion to June 28, 2022 at 1:30 pm**

The Court further ORDERS the parties to file, no later than June 1, 2022, a Joint Status Report re: Settlement Modifications. The report shall include an update on the status of settlement negotiations, including a description of which aspects of the settlement, if any, the parties have agreed to modify and copies of modified settlement provisions, as appropriate.

| | : | 16 |
|---|---|---|
| | Initials of Preparer | se |