UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-01405-ODW (AGRx) | Date | May 12, 2022 |
|---|---|---|---|
| Title | *Daniel Draney v. Westco Chemicals, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   **Order CONTINUING Deadline for Filing Status Report re: Settlement Modifications**

    By way of a Minute Order following the May 9, 2022 hearing on Plaintiff's Motion to Certify Class and Preliminarily Approve Settlement, the Court ordered the parties to file a Joint Status Report re: Settlement Modifications by no later than June 1, 2022.  (Mins., ECF No. 77.)  The Court, on its own motion, hereby **CONTINUES** that filing deadline to **June 21, 2022**.  The continued hearing remains as scheduled.

    **IT IS SO ORDERED.**

                                                                                                     :    00

Initials of Preparer   SE