**JS-6**

# United States District Court
# Central District of California

DANIEL DRANEY et al.,

    Plaintiffs,

    v.

WESTCO CHEMICALS, Inc. et al.,

    Defendants.

Case № 2:19-cv-01405-ODW (AGRx)

**JUDGMENT**

    Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, (ECF No. 107), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///

1. Defendants Westco Chemicals, Inc.; Ezekiel "Alan" Zwillinger; and Steven Zwillinger shall have **JUDGMENT** in their favor.
2. Plaintiffs Daniel Draney and Lorenzo Ibarra shall recover nothing from Defendants.
3. The individual claims of Plaintiffs Daniel Draney and Lorenzo Ibarra as asserted in the First Amended Complaint are **DISMISSED** on the merits and **with prejudice.**
4. The putative class claims as asserted in the First Amended Complaint are **DISMISSED without prejudice**.

This order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

February 24, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**