UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUL 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANIEL DRANEY, individually and on behalf of all others similarly situated; LORENZO IBARRA,

   Plaintiffs-Appellants,

 v.

WESTCO CHEMICALS, INC.; et al.,

   Defendants-Appellees,

 and

ALAN ZWILLINGER,

   Defendant.

No.   23-55226

D.C. No. 2:19-cv-01405-ODW-AGR
Central District of California,
Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

OSA133